AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern     District of     New York

Gui Rong PAN, Zhuang Hong LIN

**SUMMONS IN A CIVIL ACTION**

V.

Michael Chertoff, Emilio T. Gonzalez, Michael Mukasey, Robert Mueller

CASE NUMBER:

08 CIV 5955

TO: (Name and address of Defendant)

Michael Mukasey
950 Pennsylvania Avenue, NW
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
Attorney for Plaintiff
401 Broadway #701
New York, New York 10013

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 3 0 2008

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6/30/08 |
| NAME OF SERVER *(PRINT)* David Cheuk | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by Certified Mail.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/30/08
            Date           Signature of Server

401 Broadway, Ste 701
New York, NY 10013
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

Southern District of New York

*JUDGE CASTEL*

Gui Rong PAN, Zhuang Hong LIN

V.

Michael Chertoff, Emilio T. Gonzalez, Michael Mukasey, Robert Mueller

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV 5955**

TO: (Name and address of Defendant)

Michael Chertoff
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
Attorney for Plaintiff
401 Broadway #701
New York, New York 10013

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 30 2008

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | [illegible] |
| NAME OF SERVER (PRINT) [illegible] | TITLE [illegible] |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by certified Mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date

_____
Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    ~~New York~~   JUDGE CASTEL

Gui Rong PAN, Zhuang Hong LIN

**SUMMONS IN A CIVIL ACTION**

V.

Michael Chertoff, Emilio T. Gonzalez, Michael Mukasey, Robert Mueller

CASE NUMBER:

08 CIV 5955

TO: (Name and address of Defendant)

Robert Mueller
935 Pennsylvania Avenue NW
Washington, DC 20535

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
Attorney for Plaintiff
401 Broadway #701
New York, New York 10013

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   JUN 30 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by Certified Mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                District of                New York

Gui Rong PAN, Zhuang Hong LIN

V.

Michael Chertoff, Emilio T. Gonzalez, Michael Mukasey, Robert Mueller

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



08 CIV 5955

TO: (Name and address of Defendant)

Emilio T. Gonzalez
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
Attorney for Plaintiff
401 Broadway #701
New York, New York 10013

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                JUN 3 0 2008
CLERK                                             DATE

(By) DEPUTY CLERK


%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   Served by certified Mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　　Date　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# CERTIFICATE OF SERVICE

On June 30, 2008, I, David Cheuk, being over 18 years of age and not a party to the action, placed a true copy of the following documents:

- Summons and Complaint

in a secure envelope and mailed the same in a receptacle of the United States Postal Service to the following address by CERTIFIED MAIL:

Michael Mukasey     7008 1140 0001 5511 2073
Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20528

U.S. Attorney's Office     7008 1140 0001 5511 2042
Southern District of New York
Southern District
86 Chambers Street
New York, NY

Michael Chertoff     7008 1140 0001 5511 2035
Secretary of Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

Emilio T. Gonzalez     7008 1140 0001 5511 2080
Director of U.S. Citizenship & Immigration Services
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

Robert Mueller     7008 1140 0001 5511 2066
Director, Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 30, 2008, at New York, New York.

David Cheuk, Paralegal