UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
GUI RONG PAN and ZHUANG HONG LIN,

              Plaintiffs,     :     **ECF CASE**

    v.

                                          08 Civ. 5955 (PKC)

MICHAEL CHERTOFF, et al.,

              Defendants.      NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
          United States District Court
          Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
           July 16, 2008

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney for the
                                          Southern District of New York

                             By:    /s/_____
                                          F. JAMES LOPREST, JR.
                                          Special Assistant United States Attorney
                                          86 Chambers Street, 3rd Floor
                                          New York, New York 10007
                                          Telephone: (212) 637-2728
                                          Facsimile: (212) 637-2786
                                          Email: james.loprest@usdoj.gov

TO:    Theodore N. Cox, Esq.
          401 Broadway, Suite 701
          New York, NY 10013